JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK JAMES HERRERA,

                         Petitioner,

              v.

WARDEN,

                         Respondent.

Case No. 5:24-cv-02399-JFW (SHK)

**JUDGMENT**

 

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: March 19, 2025

_____
HONORABLE JOHN F. WALTER
United States District Judge